IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

     Plaintiff,                       Case No. 2:12-cv-1766 JAM DAD PS

    vs.

SCOTT A. CHANCE,                  <u>ORDER</u>

     Defendant.
_____/

        By Notice of Removal filed July 5, 2012, this unlawful detainer action was removed from the Sacramento County Superior Court by defendant Scott Chance, who has filed an application to proceed in forma pauperis and who is proceeding pro se. Accordingly, the matter has been referred to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

        On August 31, 2012, the undersigned filed findings and recommendations recommending that this action be summarily remanded to the Sacramento County Superior Court and that this case be closed. The time for filing objections to those findings and recommendations has expired, and the findings and recommendations have been submitted to the assigned District Judge for review.

Noticed for hearing in this matter on October 5, 2012, before the undersigned are a motion to remand and a motion to dismiss. (Doc. Nos. 5 & 6.) As noted above, however, on August 31, 2012, the undersigned issued findings and recommendations recommending that this matter be remanded and this case closed.

Accordingly, IT IS HEREBY ORDERED that the noticed hearing of the motion to remand (Doc. No. 5) and the motion to dismiss (Doc. No. 6) are vacated and those motions are dropped from the court's October 5, 2012 law and motion calendar. The motions may be re-noticed if this case is not remanded by the assigned District Judge upon review of the undersigned's findings and recommendations recommending remand.

DATED: September 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\FNMA-chance1766.vac.hrg.ord

2